(August 19, 1976)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT OWENS, Petitioner, v MAURICE M. BLOW, as Superintendent of Eastern New York Correctional Facility, Respondent.—Application, pursuant to CPLR 7002

(subd [b], par 2) for writ of habeas corpus denied without prejudice to the commencement of a proper proceeding pursuant to CPLR article 78 (see *People ex rel. Henderson v Casscles,* 66 Misc 2d 492). Greenblott, J. P., Sweeney, Kane, Mahoney and Larkin, JJ., concur.